# United States District Court
## Violation Notice

OSIG

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| R 3393731 | A1C Sullivan Mark | S5756 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 29Aug06 1:18am | ORC 4510.12 |

Place of Offense: NORTH BOUND ST RT. 444

Offense Description: ORC 4510.12 OPERATING A MOTOR VEHICLE WITHOUT A VALID LICENSE

Handwritten notes: "6 NO 1000 10 * not in DR"

### DEFENDANT INFORMATION
Phone: (937) 630-8273

| Last Name | First Name | M I |
|---|---|---|
| GREEN JR. | RALPH | E |

Street Address: 39 S MAPLEWOOD DR

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| DAYTON | OH | 45405 | 04/20/1983 |

| Drivers License No | DL State | Social Security No |
|---|---|---|
| SK351162 | OH | 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 |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: BLK | Eyes: BRO | Height: 5-11 | Weight: 155

### VEHICLE DESCRIPTION
VIN: 1G4CU5218VH639288

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| DVG3574 | OH | 97 | BUICK | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
Court Address: SEATBELT - YES  INSURANCE - NO

Date: _____
Time: _____

Defendant Signature: x Ralph Green

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **29 Aug**, 20 **06** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**.

Your Honor, While performing my duties as a Law Enforcement patrolman in **AREA A**, WPAFB I observed a **BLACK** in color **BUICK** bearing **OHIO** registration **DVG 3574** traveling **NORTH** on **ST RT 444**. I initiated a traffic stop for **SPEEDING** and identified the driver as **RALPH E GREEN JR** by his/her **OHIO** driver's license. A check through LEADS revealed his/her driver's license status is suspended/revoked. The violator was cited and released.

The foregoing statement is based upon
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **08/29/2006**  [signature]

Probable cause has been stated for the issuance of a warrant

Executed on _____ Date _____ US Magistrate Judge

CVB Scan 12/12/2006 11.50.21